AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| United States of America | ) |
| v. | ) |
| | ) Case No. 1:22-mj-511 |
| Nicholas Hallo | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Nicholas Hallo,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm

Date: 12/14/2022

*Judge's signature*

City and state: Grand Rapids, Michigan

Ray Kent, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/14/22, and the person was arrested on *(date)* 12/15/22
at *(city and state)* Cape Canaveral, Florida.

Date: 12/15/22

*Arresting officer's signature*

ATF SA SARA CHOI
*Printed name and title*